UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-20365-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**FRANCISCO PETIT**,

    Defendant.
_____/

## **ORDER**

**THIS CAUSE** came before the Court on Magistrate Judge Peter Palermo's Report and Recommendation ("Report") [ECF No. 174], issued on January 20, 2012. On January 23, 2012, Defendant's counsel filed a notice stating he has no objection to the Report [ECF No. 176]. The undersigned has reviewed the Report, and agrees with the analysis and recommendations stated in Judge Palermo's Report. Accordingly, it is

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report **[ECF No. 176]** is **AFFIRMED AND ADOPTED**. The Court recommends that attorney Andre Pierre be paid $21,112.50 as compensation for his work in this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of January, 2012.

                                                  _____
                                                **CECILIA M. ALTONAGA**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record